**SUPREME COURT OF NEW JERSEY**
R-9 September Term 2022
088489

| | | |
|---|---|---|
| **In the Matter of** | : | |
| **Joseph Rakofsky** | : | **ORDER** |
| **An Attorney at Law** | : | |
| **(Attorney No. 034462009)** | : | |

It is ORDERED that respondent's petition for review is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 2nd day of May, 2024.

*[signature: Heather J Baker]*

**CLERK OF THE SUPREME COURT**