**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

RE: 8:24-5855
DE#3
order to Show
Cause

Postage
$

Total Postage and Fees
$

Sent To
Joseph Rakofsky

Street and Apt. No., or PO Box No.
46 Mercer Street, Suite 2

City, State, ZIP+4®
Jersey City, NJ 07302

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions