**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

DISTRICT OF NEW JERSEY
RECEIVED
2024 MAY 30

**CERTIFIED MAIL®**

9589 0710 5270 0599 2121 71

**JOSEPH RAKOFSKY**
46 MERCER STREET, SUITE 2
JERSEY CITY, NJ 07302

NIXIE  073  EE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 07101          *1730-02061-09-43
07302-553



XRAYED

quadient
05/08/2024
US POSTAGE $008.69⁰
ZIP 07102
041M11471780
FIRST-CLASS MAIL

**Other Orders/Judgments**
8:24-cv-05855-RMB v. RAKOFSKY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 MAY 30

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 5/8/2024 at 12:08 PM EDT and filed on 5/8/2024
**Case Name:**     v. RAKOFSKY
**Case Number:**   8:24-cv-05855-RMB
**Filer:**
**Document Number:** 3

**Docket Text:**
ORDER TO SHOW CAUSE, that JOSEPH RAKOFSKY show cause, in writing, on or before 6/6/2024 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor. N/M. Signed by Chief Judge Renee Marie Bumb on 5/7/2024. (wh)


**8:24-cv-05855-RMB Notice has been electronically mailed to:**

JOSEPH RAKOFSKY    triallawyerusa@gmail.com, josephrakofsky@gmail.com

**8:24-cv-05855-RMB Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/8/2024] [FileNumber=18408562-0
] [2fd6e1a3697688e47ce4b6f91803843542acd47a6e64a1560b8bb54c59ee4af4961
162bf419c7cc4292a4ed7499277eff6c816ab29dbe176eea585701e57e018]]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JOSEPH RAKOFSKY | : | 8:24-cv-05855(RMB) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

This Court having received notice that public discipline, consisting of disbarment, or temporary or permanent suspension, has been imposed upon JOSEPH RAKOFSKY ("respondent"), by the Supreme Court of New Jersey or by another court of the United States or the District of Columbia, or by a court of another state, territory, commonwealth or possession of the United States, effective immediately, for reason other than conviction of a crime, governed by L. Civ. R. 104.1(a),

And good cause appearing,

It is on this _7th_ day of _May_, 2024,

ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that respondent show cause, in writing, on or before 6/6/2024 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor.

Should the respondent desire to file a written response, he must do so at least 10 days before the return date of the Order to

Show Cause ("OSC"). No oral argument will be held unless so ordered by the Court.

Upon the failure of the respondent to timely respond by the return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the respondent and shall change his bar membership record with this Court and deactivate his CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the respondent be disbarred or suspended by this Court through the imposition of reciprocal discipline, his reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

Hon. Renée Marie Bumb,
Chief U.S. District Judge