UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JOSEPH RAKOFSKY | : | 8:24-cv-05855-RMB |
| An Attorney-at-Law | : | O R D E R |

It appearing that respondent, JOSEPH RAKOFSKY, was ordered to show cause before this Court by Thursday, June 06, 2024, why reciprocal discipline should not be imposed, pursuant to L. Civ. R. 104.1(b)(4), by suspending respondent from the practice of law before this Court for a period of one year, and until further order of the Court, effective June 2, 2024; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by, or on behalf of, the respondent;

And good cause appearing,

It is on this __11th__, day of ___June___, 2024,

ORDERED that reciprocal discipline is imposed, pursuant to L. Civ. R. 104.1(b)(4), and that JOSEPH RAKOFSKY, be and he hereby is suspended from the practice of law before this Court for a period of one year, and until further order of the Court, effective June 2, 2024; and it is further

ORDERED that JOSEPH RAKOFSKY, be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____
HON. RENÈE MARIE BUMB
Chief Judge